**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-147-FDW-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NORTH CAROLINA, *ex rel.* MARK McGUIRE, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, INC.; )<br>)<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "The Government's Notice Of Election To Intervene To Effectuate Settlement Agreement And Consent Motion To Unseal Certain Case Documents" (Document No. 18) filed June 30, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "The Government's Notice Of Election To Intervene To Effectuate Settlement Agreement And Consent Motion To Unseal Certain Case Documents" (Document No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The Relator's Amended Complaint, the Government's Motion (inclusive of Exhibit A, the Settlement Agreement), and this Order be unsealed;

2. All other papers or Orders currently on file in this matter shall remain under seal; and

3. All filings made after the date of this Order shall be unsealed, unless otherwise ordered by the Court.

**SO ORDERED**.

Signed: June 30, 2017

*[signature]*

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.